374 P.2d 308

**James A. RABURN, Petitioner,**

v.

**The STATE of New Mexico et al., Respondents.**

**No. 7024.**

Supreme Court of New Mexico.

Sept. 10, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of mandamus be and the same is hereby denied for the reason that the facts do not warrant the issuance of writ of mandamus.

374 P.2d 308

**STATE of New Mexico ex rel. Richard SLOAN and Betty Sloan, Petitioners,**

v.

**DISTRICT COURT OF the SECOND JUDICIAL DISTRICT and Robert W. Reidy, Respondents.**

**No. 7278.**

Supreme Court of New Mexico.

Sept. 11, 1962.

COMPTON, Chief Justice, and CARMODY and CHAVEZ, Justices, concurring; MOISE and NOBLE, Justices, not participating.

Ordered that the petition for writ of mandamus be and the same is hereby denied.